MARGARET GUILFOYLE, as Administratrix of the Estate of JAMES GUILFOYLE, Deceased, Respondent, *v.* CHARLES McDERMOTT et al., as Receivers of the McDERMOTT CONTRACTING COMPANY, Appellants.

*Guilfoyle* v. *McDermott*, 146 App. Div. 900, affirmed.
(Argued March 29, 1912; decided April 12, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 11, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants, his employers.

*William H. Harding* for appellants.

*Thomas Woods* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.